IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG BOSTON,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>ABBEY CASSIDY and<br>LILLIAN BUDD,<br><br>　　　　*Defendants.* | CIVIL ACTION<br>NO. 18-974 |

# **ORDER**

**AND NOW**, this 1st day of October, 2018, it is **ORDERED** that the case is **DISMISSED with prejudice**.  The Clerk of Court is directed to remove the case from the Prisoner Civil Rights Panel and mark the case closed.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.